File Hashes for IP Address 24.247.164.175

**ISP:** Charter Communications
**Physical Location:** Owosso, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/05/2013 10:09:03 | 5BFE0261FD5315EBD491ABBEF7279DE9EE30E377 | Side by Side |
| 07/05/2013 10:06:51 | 65384CCE454827A6B4DD0E05E2EEBB865F2D1790 | Falling For You |
| 07/05/2013 02:32:55 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 07/05/2013 02:04:34 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 06/30/2013 11:02:20 | 967D4031722B4A3BE11B3D9650FC2A9B37FC8C4C | Marry Me |
| 06/30/2013 10:46:46 | D40E3490DE07096BF88E98A10B5D4E0D1672F975 | Fashion Models |
| 06/30/2013 10:33:25 | 0E1106B723F527DCD5EAFDE121D2E44943A5C77A | Threes Company |
| 06/30/2013 03:08:54 | 093082CAB5CB2787F01DAB126C6BADEBCFEF6DC1 | Carmen Leila Christmas Vacation |
| 06/30/2013 03:04:28 | 6ABCE02AAC8214CFE0511C92323FC075BA35771E | Green Eyes |
| 06/30/2013 01:54:18 | 8E082AB4A0CF22E8EEB3AB65CA8B2F9A8EEDB385 | Rolling in the Sheets |
| 06/30/2013 01:13:50 | C51ECE93C9772D46F5CD94D903BC54303420487A | The Young and the Restless |
| 06/30/2013 00:36:38 | F760C8166826B6712709293677420E59898125CE | What a Girl Wants Part #2 |
| 06/30/2013 00:10:13 | AD0EC4BB92830688906C36A84AE8DDB1CB41F172 | Happy Birthday Capri |
| 06/22/2013 19:25:29 | 2B357AE556FA53AA689999F438FA241C631AD00A | The Dorm |
| 06/22/2013 18:14:12 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 06/08/2013 13:46:40 | BF91043D8B2B90ED64518D8C88E5756D8C1E502C | Snow White and the Prince |
| 06/08/2013 00:53:38 | 90CA238A1DDEC0A42A1062BEC529F5D8D563EE26 | Simply Stunning |
| 05/16/2013 07:24:14 | 6BA1E888B0A277770FECB22BCAB0AB56F8CD8742 | Working Out Together |
| 05/16/2013 05:33:30 | E9888EFD9A8CD2B243FF9F4F7428FF0310049484 | Afternoon Snack |
| 05/16/2013 01:11:52 | 5C484A7003F92598EEDF762092D0C7D41CD794E9 | Yoga Master and Student |
| 05/16/2013 01:11:06 | 36DB7D2F155C52CC554EDCAD080131775311C445 | Enchanting Real Orgasms |
| 05/16/2013 00:12:46 | 149B621A7854AD4251012BDA94681F3C21D72DE8 | Unbelievably Beautiful |

EXHIBIT A

NEMI120

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/04/2013 11:27:06 | 484D448C4B29085F79046E183A205560CEDC290B | Unforgettable View #2 |
| 05/04/2013 11:01:49 | B19D8248E23638F03C0B5456A10F2E22650EDA02 | Angel Afternoon Delight |
| 05/04/2013 10:50:19 | 2C1EA8F86C9FE050C47CBE365F281C1B9EF06D15 | Caprice Tropical Vibe |
| 05/04/2013 10:32:28 | C19840D5135CB9254CBDDBDEAB62080ACA87B6A6 | First Love |
| 05/04/2013 09:19:39 | ED5066F4C69D8EBE6391235A362BEB75AE3A2817 | Close to the Edge |
| 05/04/2013 09:02:19 | 6FD4F04541CAA5A45A3CCB254322FC73871F0013 | I Love X Art |
| 05/04/2013 08:04:58 | 5ABA736491061039B6D9DBDCB5639E05B139D38F | Another Night |
| 05/04/2013 02:26:18 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 05/04/2013 01:34:06 | B22786FCA330004AE8F842749C225EE68D44C1F3 | A Girls Fantasy |
| 05/04/2013 01:07:45 | C36DEC68F30937A6694D89B5361968E22F7E1DC7 | Seeing Double |
| 05/04/2013 00:49:02 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 05/04/2013 00:03:42 | E83FFD612368F4A2F084D3BBF90CEC5593CE97D4 | Perfect Together |
| 05/03/2013 23:37:15 | 2D58C7A02DE3E5168E85D0BF45A4036C512AAF88 | Black Lingerie Bliss |
| 05/03/2013 23:34:04 | E24A93541E4F49AA8933AB254B171AF0B67D41C2 | Two Boys and a Girl |
| 05/03/2013 23:25:29 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 05/03/2013 23:10:01 | 4F3FF9E3442937E1306B25BC152C61BE6AFF6EDA | Veronika Coming Home |
| 05/03/2013 23:07:29 | 8F900BFEF0A5AC1E3A2EAFF4E633C77905BEA1B4 | Circles of Bliss |
| 05/03/2013 22:56:27 | 80CA96F23E8F93FFD8F5EA729E99EFEE1906C0E6 | Want You |
| 05/03/2013 22:52:50 | 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | Yoga in the Sky |
| 05/03/2013 22:46:31 | 32FB591C8CC88500B7526CF57E8F5071DD3D3286 | Spur of the Moment |
| 05/03/2013 22:21:54 | E75A9E7C598E50AF1FCD6CC1A5A289CA545FEA18 | Then They Were Three |
| 05/03/2013 21:53:31 | D19B84CF28E5FDC88EA65DBD6DF27507B5BD5392 | Mad Passion |
| 05/03/2013 21:48:41 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 05/03/2013 21:19:25 | F92029AD5758D6EC3EB2CC58AC2394A790AC4588 | Sacred Romance |
| 05/03/2013 21:10:54 | 085826AF1E91AC977CBB094888698F5A1224823E | Ready for Bed |

EXHIBIT A

NEMI120

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/03/2013 21:06:03 | 3DA5344A0E67A6B950F8419A3D21906DA1EFEC1E | Little Lover |
| 05/03/2013 20:41:06 | F537201E383882F7E5536D7A372B7E2B55F04EE5 | Amazing Grace |
| 05/03/2013 20:00:03 | 7DB11B5380EA493E6D56328419CC0B545CB8D4E7 | Spilled Milk |
| 05/03/2013 07:34:48 | 86303923C033443BFE204673895F66EBF793C202 | Afternoon Picnic |
| 05/03/2013 06:29:27 | 299C6426962310CC81CBA6D83B6B689E8D1A84F6 | Loving Angels |
| 05/03/2013 01:19:58 | 7E50B45F2DC592E46BE9126350198F314FD4DEC3 | The Masseuse |
| 05/03/2013 01:18:16 | 6F1A76FF1C2D59D8F4ADD2040DE8C46D3A51E5CD | Miss Perfect |
| 05/01/2013 00:06:26 | 0F5C5EE804EFAC99EAAFCD34D3D1EB82521B90A1 | Apartment Number Four |
| 04/30/2013 09:58:45 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 04/30/2013 09:32:19 | F2F5A22A9C90FFD10E6E08D5690E9EAB531F0C8E | Apartment in Madrid |
| 04/30/2013 09:23:22 | 2AE29A600628FBCB8E983388EF0FC470D0B40D7D | Bottoms Up |
| 04/30/2013 09:19:45 | BFC0CFEDEDF204DCC3DD3E99E5E0BEB4111180BF | Rose Petals |
| 04/30/2013 08:31:49 | 9F9DC5FE1EABB3825B39C5D245EE59F0E116F1BB | Anneli Dream Girl |
| 04/30/2013 08:30:31 | E3D38CC7D2559B8AF854863273AEE7CEF02CFD2D | Introducing Kaylee |
| 04/30/2013 08:08:21 | F689C016DF7F9CCDD02B4451A0F418C961553105 | Late for Work |
| 04/30/2013 07:40:09 | 94BFEB59F3D6E25E825C2D76D6FC5C281165CC1D | The Foursome |
| 04/30/2013 06:30:01 | 49D672167AF7DCA301F3C474AFD2EF5BCCA4577F | Old Enough to Know Better |
| 04/30/2013 06:26:38 | 1C96F93F199EF8E6B46EE022A6372962731F429E | Black and White |
| 01/06/2013 22:01:10 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 12/31/2012 16:03:11 | 67C6FA065A01EE465D4825EA7545CA902CB32E93 | Poolside Passion |
| 12/27/2012 11:18:16 | C545DCA011377371ACF0AB8780E747B5A5128ED9 | Tarde Espanola |
| 12/27/2012 09:03:47 | 6EC867C3CECA442CAEA05F97E24A4B6C9B84C8E4 | Cum With Me |
| 12/27/2012 03:15:34 | 3570C36C4ACD0BCA930BE035729C61833904FA96 | Prelude to Passion |
| 12/27/2012 03:01:47 | D17D20BC3F45458D925787A1F97FE9AFB51C11DD | Introducing Angelica |
| 10/05/2012 03:25:27 | 4706491E8D3A2D21A3BCCC444F08E25E3D93B926 | Fucking Perfection |

EXHIBIT A

NEMI120

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/05/2012 03:12:39 | 229D233BDEBFCB6186E189C9B1B9FB3951855745 | After Hours |
| 08/03/2012 18:47:57 | 928F8A9DE02A830880D61CB6F25FFDF4B452780D | Transcendence |

**Total Statutory Claims Against Defendant: 74**

EXHIBIT A

NEMI120