Copyrights-In-Suit for IP Address 24.247.164.175

**ISP:** Charter Communications
**Location:** Owosso, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 05/04/2013 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 05/03/2013 |
| After Hours | PA0001780461 | 11/21/2011 | 03/10/2012 | 10/05/2012 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 05/03/2013 |
| Afternoon Snack | PA0001833267 | 02/23/2013 | 04/01/2013 | 05/16/2013 |
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 05/03/2013 |
| Angel Afternoon Delight | PA0001776835 | 02/20/2012 | 02/21/2012 | 05/04/2013 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 04/30/2013 |
| Another Night | PA0001833359 | 03/13/2013 | 04/12/2013 | 05/04/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 04/30/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 05/01/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 04/30/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 05/03/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/30/2013 |
| Caprice Tropical Vibe | PA0001776802 | 12/09/2011 | 02/21/2012 | 05/04/2013 |
| Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 06/30/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 05/03/2013 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 05/04/2013 |
| Cum With Me | PA0001817714 | 12/04/2012 | 12/16/2012 | 12/27/2012 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 05/16/2013 |

EXHIBIT B

NEMI120

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Falling For You | PA0001846097 | 05/14/2013 | 06/16/2013 | 07/05/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 06/30/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 05/04/2013 |
| Fucking Perfection | PA0001789507 | 06/24/2011 | 05/11/2012 | 10/05/2012 |
| Green Eyes | PA0001843090 | 04/30/2013 | 05/14/2013 | 06/30/2013 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 06/30/2013 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 05/04/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 05/04/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 01/06/2013 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 12/27/2012 |
| Introducing Kaylee | PA0001783646 | 04/01/2012 | 04/03/2012 | 04/30/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 04/30/2013 |
| Little Lover | PA0001794976 | 04/30/2012 | 05/02/2012 | 05/03/2013 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 05/03/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 05/03/2013 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 06/30/2013 |
| Miss Perfect | PA0001809284 | 10/01/2012 | 10/07/2012 | 05/03/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 07/05/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 04/30/2013 |
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 04/30/2013 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 05/04/2013 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 07/05/2013 |
| Poolside Passion | PA0001811851 | 10/25/2012 | 10/26/2012 | 12/31/2012 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 12/27/2012 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 05/03/2013 |

EXHIBIT B

NEMI120

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 06/22/2013 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 06/30/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/30/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 05/03/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 05/04/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 07/05/2013 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 06/08/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 06/08/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 05/03/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 05/03/2013 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 12/27/2012 |
| The Dorm | PA0001780468 | 09/28/2011 | 03/10/2012 | 06/22/2013 |
| The Foursome | PA0001780470 | 09/15/2011 | 03/10/2012 | 04/30/2013 |
| The Masseuse | PA0001779634 | 11/25/2011 | 03/08/2012 | 05/03/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 06/30/2013 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 05/03/2013 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 06/30/2013 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 08/03/2012 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 05/03/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 05/16/2013 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 05/04/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 05/04/2013 |
| Veronika Coming Home | PA0001774761 | 01/25/2012 | 02/03/2012 | 05/03/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 05/03/2013 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 06/30/2013 |

EXHIBIT B

NEMI120

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 05/16/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 05/03/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 05/16/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 05/03/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 74**

EXHIBIT B

NEMI120